No. 90–6077. OXFORD *v.* MISSOURI. Sup. Ct. Mo.;
No. 90–6119. ANTWINE *v.* MISSOURI. Sup. Ct. Mo.; and
No. 90–6228. MAY *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. Reported below: No. 90–6077, 791 S. W. 2d 396; No. 90–6119, 791 S. W. 2d 403; No. 90–6228, 904 F. 2d 228.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.